IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KIMBERLY A. KELLY,
    Plaintiff,

v.                                         CIVIL NO. 3:14-CV-01677-P-BK

CAROLYN COLVIN,
Acting Commisioner of the Social
Security Administration,
    Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 7th day of April, 2015.

                                                            JORGE A. SOLIS
                                                            UNITED STATES DISTRICT JUDGE